United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**FILM PLATFORM LTD,**

Plaintiff,

v.

**RO*CO FILMS EDUCATIONAL, A DIVISION OF RO*CO FILMS INTERNATIONAL LLC, ET AL.,**

Defendants.

Case No.: 4:25-cv-10478-YGR

**ORDER CONDITIONALLY CLOSING THE CASE UPON NOTICE OF SETTLEMENT**

Re: Dkt. No. 19

The parties to this action, by and through counsel, have advised the Court that the parties have agreed to a tentative settlement. (Dkt. No. 19.)

Based thereon, this matter is **CONDITIONALLY DISMISSED** and any hearings and deadlines in this matter are **VACATED.**

It is further **ORDERED** that if the parties do not file a stipulation of dismissal with prejudice by **August 28, 2026,** following the execution of a settlement agreement and compliance with its terms, either party may request that this Order be vacated, and the case be reopened and restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: July 27, 2026

**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**